IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FRANK TERALD HOGUE, II, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | 1:16CV1079<br>1:15CR37-2 |

### ORDER

On November 28, 2016, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 76, 77.) No objections were filed within the time limits prescribed by § 636.

The court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Summary Judgment (Doc. 75) is **DENIED.**

This the 14th day of April, 2017.

_____
United States District Judge